BI–COUNTY DEVELOPMENT CORPORATION, ETC. v. PORT OF
MONMOUTH DEVELOPMENT CORPORATION, ETC.

October 11, 1988.

Petition for certification denied.

SCIENTIFIC COATING COMPANY, INC. v. JAMES J. MARTIN &
SONS v. INTERNATIONAL FIDELITY INSURANCE
COMPANY v. JERRY GOLDFARB, ET AL.

October 11, 1988.

Petition for certification denied.

ROBERT WAITTS v. CHEM SYSTEMS, INC., ET AL.

October 11, 1988.

Petition for certification denied.

ACACIO A. SILVA, ET AL. v. NEW JERSEY MANUFACTURERS
INSURANCE COMPANY, ET AL.

October 11, 1988.

Petition for certification denied.